**Order filed March 27, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-12-00043-CV
_____

## ALVIN ROY d/b/a ROYAL GRAFIX FINE ART, Appellant

## V.

## INSGROUP d/b/a BUSINESS INSURANCE GROUP, Appellee

---

**On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2010-68850**

---

## O R D E R

The notice of appeal in this case was filed January 13, 2012. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **April 10, 2012.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM